# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| GAYNELL C. COLBURN, individually and on behalf of others similarly situated, | * |
| | * |
| *Plaintiff,* | * |
| v. | * Case No. 1:18-cv-1030-CCB |
| DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, | * |
| and | * |
| DRIFTWOOD HOSPITALITY MANAGEMENT II, LLC, | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Gaynell C. Colburn, and Defendants, Driftwood Hospitality Management, LLC and Driftwood Hospitality Management II, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: <u>April 9, 2019</u>          Respectfully submitted,

/s/ E. David Hoskins
E David Hoskins
The Law Offices of E David Hoskins LLC
16 E. Lombard Street
Suite 400
Baltimore, MD 21202
Phone: (410) 662-6500
davidhoskins@hoskinslaw.com

R. Bruce Carlson
Kelly K. Iverson
Carlson Lynch Sweet Kilpela & Carpenter, LLC
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
bcarlson@carlsonlynch.com

Kathleen Hyland
Hyland Law Firm, LLC
16 E Lombard Street
Suite 400
Baltimore, MD 21202
(410) 777-5396
kat@lawhyland.com

*Attorneys for Plaintiff*

/s/ Richard J. Berwanger, Jr. (w/permission
Richard J. Berwanger, Jr.
John S. Vander Woude
Eccleston and Wolf, PC
7240 Parkway Dr., 4th Floor
Hanover, Maryland 21076
berwanger@ewmd.com

*Attorneys for Defendant*